

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2022

No. 04-22-00716-CR

**EX PARTE** George **TROTTI**,

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7385-W2
Honorable Ron Rangel, Judge Presiding

# O R D E R

On October 21, 2022, Appellant filed a notice of appeal regarding the denial of a post-conviction petition for habeas relief in the trial court, which was then filed in the Fourth Court of Appeals on October 26, 2022. *Contra* TEX. CODE CRIM. PROC. ANN. art. 11.07 § 3.

Postconviction writs of habeas corpus must be filed in the court of conviction and made returnable to the Court of Criminal Appeals. *See id.* The courts of appeals have no jurisdiction over felony postconviction writs of habeas corpus. *See Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117–18 (Tex. Crim. App. 2013) (orig. proceeding) (per curiam).

We **order** Appellant to **show cause** in writing within **twenty days** of the date of this order why this appeal should not be dismissed for want of jurisdiction.

All other deadlines in this appeal are **suspended** pending further order of this court.

**If Appellant fails to respond, this appeal will be dismissed without further notice.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court